**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**CLEVELAND DIVISION**

CASE NO. 21-MJ-2054

**UNITED STATES OF AMERICA**

v.

**DROR SVORAI**

        Defendant.
_____/

> Granted.
> It is SO ORDERED.
> s/Dan Aaron Polster
> United States District Judge
> April 7, 2021

## NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO REVOKE DETENTION ORDER

Comes now Defendant, **DROR SVORAI**, by and through the undersigned attorney, files this Notice of Withdrawal of Defendant's Motion to Revoke Detention Order filed in this matter on March 12, 2021.

1. On March 12, 2021 undersigned counsel filed "Defendant's Motion to Revoke Detention Order." (*See* ECF #7)

2. Undersigned counsel, at the request of the defendant, hereby files this Notice of Withdrawal of "Defendant's Motion to Revoke Detention Order" and asks the court to take no further action on the motion.

    Respectfully submitted,
    /s/  David J. Sobel
    David J. Sobel, Esq.
    Admitted *Pro Hac Vice*
    Florida Bar No. 57336
    David J. Sobel, P.A.
    633 Southeast Third Avenue, 301
    Fort Lauderdale, Florida 33131
    Telephone:  (954) 463-0773
    Facsimile:   (954) 839-9005
    Email: sobeldefense@yahoo.com