UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

CASE NO. 21-MJ-2054

**UNITED STATES OF AMERICA**

v.

**DROR SVORAI**

        Defendant.
_____/

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT DROR SVORAI

**COMES NOW** undersigned counsel, David J. Sobel, and respectfully move this Honorable Court for leave to withdraw as counsel for Defendant Dror Svorai pursuant to Local R. 57.21.

1. Undersigned attorney, David Sobel, was previously retained to represent Mr. Svorai in this pending matter.

2. The court granted undersigned counsels request to appear *Pro Hac Vice*.

3. Undersigned counsel has been informed that Mr. Svorai has retained another attorney to represent him in this matter.

4. To that end, Attorney Robert Amsel has filed a motion to be admitted *Pro Hac Vice* with the court and is awaiting the courts approval. (*See* ECF #12)

5. Counsel has been advised that Mr. Svorai wishes to terminate undersigned counsel as attorney of record.

6. The withdrawal of undersigned counsel is done in accordance with the wishes of Mr. Svorai and not made for the purpose of delay and would not be unfairly prejudicial to Mr. Svorai or the Government.

7. Counsel has communicated with Government counsel on the matter, and the Government represented it has no objections to counsel's request to withdraw from the matter.

**WHEREFORE**, for the foregoing reasons, David J. Sobel respectfully request leave to withdraw as counsel for Defendant Dror Svorai.

### CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF to the following: Assistant U.S. Attorney, Alejandro Abreu, located at United States Courthouse 801 West Superior Ave., Suite 400, Cleveland, Ohio 44113 this 15th day of April, 2021.

Respectfully submitted,
/s/ David J. Sobel
David J. Sobel, Esq.
Florida Bar No. 57336
David J. Sobel, P.A.
633 Southeast Third Avenue, 301
Fort Lauderdale, Florida 33131
Telephone: (954) 463-0773
Facsimile: (954) 839-9005
Email: sobeldefense@yahoo.com