Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-02340-LMR All Defendants

Case title: USA v. Svorai

Date Filed: 02/24/2021

Date Terminated: 05/28/2021

Assigned to: Magistrate Judge Lisette M. Reid

### Defendant (1)

**Dror Svorai**
18277-104
*YOB: 1969; ENGLISH*
*TERMINATED: 05/28/2021*

represented by **David J. Sobel**
633 SE 3rd Avenue
#301
Fort Lauderdale, FL 33301
954-463-0773
Fax: 954-839-9005
Email: sobeldefense@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Temporary

**Robert G. Amsel**
Robbins Tunkey Ross Amsel Raben et al
2250 SW 3rd Avenue
4th Floor
Miami, FL 33129-2095
305-858-9550
Fax: 858-7491
Email: bobamsel@crimlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

## Highest Offense Level (Terminated)

None

## Complaints

WARRANT/COMPLAINT/NORTHERN
DISTRICT OF OHIO/AGGRAVATED
IDENTITY THEFT; CONSPIRACY/WIRE
FRAUD AND WIRE FRAUD

## Disposition

## Plaintiff

USA      represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joshua Paster**
US Attorney's Office
Miami, FL
305-961-9342
Email: joshua.paster@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2021 | 1 | Magistrate Removal of Warrant/Complaint from the Northern District of Ohio, Case number in the other District, 1:21MJ2054 as to Dror Svorai (1). (cg1) (Entered: 02/24/2021) |
| 02/24/2021 | 2 | ORDER UNSEALING CASE as to Dror Svorai. Signed by Magistrate Judge Lisette M. Reid on 2/24/2021. *See attached document for full details.* (cg1) (Entered: 02/24/2021) |
| 02/24/2021 | 3 | Minute Order for proceedings held before Magistrate Judge Lisette M. Reid: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Dror Svorai held on 2/24/2021. Date of Arrest or Surrender: 2/24/21. Detention Hearing set for 2/26/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 2/26/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Attorney added: David J. Sobel for Dror Svorai will be filing a limited notice of appearance. (Digital 14:44:44) Signed by Magistrate Judge Lisette M. Reid on 2/24/2021. (cg1) (Entered: 02/24/2021) |
| 02/26/2021 | 4 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: David J. Sobel appearing for Dror Svorai (Sobel, David) (Entered: 02/26/2021) |
| 02/26/2021 |  | Set/Reset Hearings as to Dror Svorai: Removal Hearing reset for 3/2/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing reset for 3/2/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (br) (Entered: 03/01/2021) |
| 02/26/2021 | 5 | Minute Entry for proceedings held before Magistrate Judge Lisette M. Reid: **Report Re Counsel** Hearing as to Dror Svorai held on 2/26/2021. Detention Hearing as to Dror Svorai held on 2/26/2021. Witness S/A Anthony Fry sworn and testified.(Report Re: Counsel Hearing reset for 3/2/2021 10:00 AM in Miami Division before MIA Duty |

| | | |
|---|---|---|
| | | Magistrate. Removal Hearing reset for 3/2/2021 10:00 AM in Miami Division before MIA Duty Magistrate.)Government's Exhibit and Witness List attached. (Digital 11:33:54) (cg1) (Entered: 03/01/2021) |
| 03/01/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE: Robert G. Amsel appearing for Dror Svorai . Attorney Robert G. Amsel added to party Dror Svorai(pty:dft). (Amsel, Robert) (Entered: 03/01/2021) |
| 03/02/2021 | 7 | Minute Order for proceedings held before Magistrate Judge Jacqueline Becerra: Report Re: Counsel Hearing as to Dror Svorai held on 3/2/2021. Robert Amsel is PERMANENT Counsel of record and has filed on ECF {de 6}. Status Conference Re: Removal Hearing as to Dror Svorai held on 3/2/2021. Defendant is in isolation. (Removal Hearing RESET for 3/23/2021 10:00 AM in Miami Division before MIA Duty Magistrate). (Digital JB-03-02-2021-ZOOM/10:14 am & 12:03 pm) Signed by Magistrate Judge Jacqueline Becerra on 3/2/2021. (mdc) (Entered: 03/02/2021) |
| 03/03/2021 | 8 | REVOKED/SEE DE#23 - ORDER OF DETENTION as to Dror Svorai. Signed by Magistrate Judge Lisette M. Reid on 3/3/2021. *See attached document for full details.* (br) Modified on 5/27/2021 (br). (Entered: 03/03/2021) |
| 03/03/2021 | 9 | TRANSCRIPT of Report Re Counsel Hearing as to Dror Svorai held on 2/26/2021 before Magistrate Judge Lisette M. Reid, 1-61 pages, Court Reporter: Joanne Mancari, 305-523-5635. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/24/2021. Redacted Transcript Deadline set for 4/5/2021. Release of Transcript Restriction set for 6/1/2021. (apz) (Entered: 03/04/2021) |
| 03/20/2021 | 10 | TRANSCRIPT of Hearing as to Dror Svorai held on 3/2/21 before Magistrate Judge Jacqueline Becerra, 1-6 pages, Court Reporter: Joanne Mancari, 305-523-5635. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/12/2021. Redacted Transcript Deadline set for 4/20/2021. Release of Transcript Restriction set for 6/18/2021. (hh) (Entered: 03/22/2021) |
| 03/22/2021 | | Attorney update in case as to Dror Svorai. Attorney David J. Sobel Activated. (Sobel, David) (Entered: 03/22/2021) |
| 03/22/2021 | 11 | Clerks Notice of Docket Correction re Set/Reset Hearings. **Document Restricted Due to Error.** (fbn) (Entered: 03/22/2021) |
| 03/22/2021 | | Reset Hearing as to Dror Svorai: **TIME CHANGE ONLY** Removal Hearing set for 3/23/2021 at 01:30 PM in the Miami Division before MIA Duty Magistrate. (fbn) (Entered: 03/22/2021) |
| 03/22/2021 | | Arraignment Hearing terminated as to Dror Svorai. (fbn) Modified text on 3/22/2021 (fbn). (Entered: 03/22/2021) |
| 03/23/2021 | | Reset Hearings as to Dror Svorai: **TIME CHANGE ONLY** Remand Hearing set for 3/23/2021 at 10:00 AM in the Miami Division before MIA Duty Magistrate. (fbn) (Entered: 03/23/2021) |
| 03/23/2021 | 12 | Defendant's MOTION for Release from Custody *pursuant to 18 U.S.C. 3060(d)* by Dror Svorai. Responses due by 4/6/2021 (Sobel, David) (Entered: 03/23/2021) |
| 03/23/2021 | 13 | Minute Entry for proceedings held before Magistrate Judge Edwin G. Torres: Status Conference re removal as to Dror Svorai held on 3/23/2021. Defendant consents to appear by VTC. Removal Hearing reset for 4/7/2021 10:00 AM in Miami Division before MIA |

| | | |
|---|---|---|
| | | Duty Magistrate. (Digital EGT-03-23-2021-ZOOM-10:26 A.M.) (sl) (Entered: 03/24/2021) |
| 03/24/2021 | 14 | PAPERLESS ORDER as to Dror Svorai. Defendant, Dror Svorai, filed a Motion for Discharge from Custody. [ECF No. 12]. It is thereupon ORDERED AND ADJUDGED as follows: On or before March 31, 2021, the United States of America shall file a response to Defendant's Motion. Signed by Magistrate Judge Lisette M. Reid on 3/24/2021. (jgg) (Entered: 03/24/2021) |
| 03/24/2021 | | Set/Reset Deadlines/Hearings as per DE 14 in case as to Dror Svorai 12 Defendant's MOTION for Release from Custody *pursuant to 18 U.S.C. 3060(d)*. Response due by 3/31/2021 (lk) (Entered: 03/25/2021) |
| 03/31/2021 | 15 | RESPONSE in Opposition by USA as to Dror Svorai re 12 Defendant's MOTION for Release from Custody *pursuant to 18 U.S.C. 3060(d)* Replies due by 4/7/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B). Attorney Joshua Paster added to party USA(pty:pla). (Paster, Joshua) (Entered: 03/31/2021) |
| 03/31/2021 | 16 | REPLY TO RESPONSE to Motion by Dror Svorai re 12 Defendant's MOTION for Release from Custody *pursuant to 18 U.S.C. 3060(d)* (Sobel, David) (Entered: 03/31/2021) |
| 04/02/2021 | 17 | ORDER denying 12 Motion for Release from Custody as to Dror Svorai (1). Preliminary Examination set for 4/7/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Signed by Magistrate Judge Lisette M. Reid on 4/2/2021. *See attached document for full details.* (br) (Entered: 04/02/2021) |
| 04/07/2021 | 18 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Status Conference Re: Preliminary Hearing/Removal Hearing as to Dror Svorai held on 4/7/2021. THE DEFENDANT WAIVED PRELIMINARY HEARING (ABSOLUTELY). (Removal Hearing reset for 5/7/2021 10:00 AM in Miami Division before MIA Duty Magistrate.) (Digital 09:58:10/10:07:12)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory and impeachment evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 4/7/2021. (cg1) (Entered: 04/07/2021) |
| 05/07/2021 | 19 | Minute Entry for proceedings held before Magistrate Judge Lauren Fleischer Louis: Status Conference re Removal as to Dror Svorai held on 5/7/2021. (Removal Hearing reset for 5/28/2021 10:00 AM in Miami Division before MIA Duty Magistrate). (Digital 10:38:27) (br) (Entered: 05/10/2021) |
| 05/21/2021 | 20 | Unopposed MOTION to Revoke *Detention Order and for Release on Conditions* by Dror Svorai. Responses due by 6/4/2021 (Amsel, Robert) (Entered: 05/21/2021) |
| 05/24/2021 | 21 | PAPERLESS ORDER as to Dror Svorai. Defendant, Dror Svorai, filed an Unopposed Motion to Revoke Detention Order and for Release on Conditions. [ECF No. 20]. It is thereupon ORDERED AND ADJUDGED as follows: The United States of America shall file a response to Defendant's Unopposed Motion on or before May 25, 2021 at 12:00 pm. The Government's Response shall include any special conditions of release that should be imposed in this case. Signed by Magistrate Judge Lisette M. Reid on 5/24/2021. (jgg) (Entered: 05/24/2021) |
| 05/24/2021 | | Set/Reset Deadlines/Hearings as per DE 21 in case as to Dror Svorai 20 Unopposed |

| | | |
|---|---|---|
| | | MOTION to Revoke *Detention Order and for Release on Conditions. Response due by 5/25/2021 at 12:00pm (lk) (Entered: 05/24/2021)* |
| 05/25/2021 | 22 | RESPONSE to Motion by USA as to Dror Svorai re 20 Unopposed MOTION to Revoke *Detention Order and for Release on Conditions* Replies due by 6/1/2021. (Paster, Joshua) (Entered: 05/25/2021) |
| 05/25/2021 | 23 | ORDER granting 20 Motion to Revoke as to Dror Svorai (1). The Defendant, Dror Svorai, Reg. # 18277-104, SHALL BE RELEASED FROM CUSTODY FORTHWITH. Stipulated Bond set $1,000,000 PSB. See Order for conditions of release. The defendant has 48 hours to file the original bond with the Clerk of Court. Signed by Magistrate Judge Lisette M. Reid on 5/25/2021. *See attached document for full details.* (br) Modified on 5/26/2021 to reflect the amount of the bond(br). (Entered: 05/25/2021) |
| 05/27/2021 | 24 | $1,000,000 PSB Bond Entered as to Dror Svorai Approved by Magistrate Judge Lisette M. Reid. *Please see bond image for conditions of release.* (br) (Additional attachment(s) added on 5/28/2021: # 1 Restricted Bond with 7th Page) (cg1). (Entered: 05/27/2021) |
| 05/28/2021 | 25 | Minute Entry for proceedings held before Magistrate Judge Jonathan Goodman: Status Removal Hearing as to Dror Svorai held on 5/28/2021. Removal and Identity Hearing Wavied. The case will be transferred to the Northern District of Ohio for all further proceedings. (Digital JG_01_05-28-2021/Zoom-10:45AM) (at) (Entered: 06/01/2021) |
| 05/28/2021 | 26 | WAIVER of Rule 5 & 5.1 Removal/Identity Hearings by Dror Svorai (at) (Entered: 06/01/2021) |
| 05/28/2021 | 27 | ORDER OF REMOVAL ISSUED to NORTHERN DISTRICT OF OHIO as to Dror Svorai. Closing Case for Defendant. (Signed by Magistrate Judge Jonathan Goodman on 5/28/2021). *(See attached document for full details).* (at) (Entered: 06/01/2021) |
| 05/28/2021 | 28 | Notice of Criminal Transfer to NORTHERN DISTRICT OF OHIO of a Rule 5 or Rule 32 Initial Appearance as to Dror Svorai. Your case number is: 1:21-MJ-2054. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (at) (Entered: 06/01/2021) |