# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA          *
                                  *
            v.                    *     CASE NO. 1:21-mj-02054
                                  *
                                  *
Dror Svorai                       *
                               *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ] Other:

_____

_____

Date: 6/29/2021                    s/David A. Ruiz
                                   _____
                                   United States Magistrate Judge