FILED
3:48 pm Jun 29 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-mj-02054 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | DAVID A. RUIZ |
| v. | ) | |
| | ) | **WAIVER OF PRELIMINARY** |
| DROR SVORAI, | ) | **HEARING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing and consent that the proceedings may be bound over to the grand jury.

_____ For DS
Defendant

_____
Counsel for Defendant

Approved: s/David A. Ruiz
David A. Ruiz
United States Magistrate Judge

Dated: June 29, 2021